UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENE RAYMOND BELL,

    Plaintiff,

v.                                                     Civil Case No.: 19-cv-13565
                                                        Honorable Gershwin A. Drain

OFFICER ANTHONIE KORKIS, *et al.*,

    Defendants.
_____/

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

On January 4, 2024, this Court entered an Opinion and Order denying the Defendants' Motion for Summary Judgment pursuant to the doctrine of qualified immunity. On January 15, 2024, the Defendants filed a Notice of Appeal of this decision.

Accordingly, for purposes of docket efficiency this matter is HEREBY STAYED and ADMINISTRATIVELY CLOSED. This action may be reopened once any party provides the Court with notice that a mandate has been issued by the Court of Appeals.

SO ORDERED.

Dated: January 18, 2024                               /s/Gershwin A. Drain
                                                                                          GERSHWIN A. DRAIN
                                                                                          United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 18, 2024, by electronic and/or ordinary mail.
s/ Lisa Bartlett
Case Manager